UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JILL ANNETTE MIX,<br><br>　　　　　　　　　Defendant. | )<br>)  3:04-cr-00143-LRH-VPC<br>)<br>)  <u>ORDER</u><br>)<br>)<br>)<br>)<br>) |

　　　Before the court is Defendant's Motion to Modify Judgment of Conviction re: Restitution Amount (#22) and Government's response to the motion (#23).

　　　Defendant Mix asserts that confusion has arisen as a result of the Judgment entered in this action, which required restitution in the amount of $21,438.34 jointly and severally by Mix and a defendant in a related case, Trevor Dunn. The court confirms that the total restitution amount was $21,438.34. Pursuant to the plea agreements in this case, $16,488.34 of the restitution was to be paid by Mix and $4,950.00 was to be paid by Dunn. Apparently, these amounts have been paid in full by the respective parties. If it has been correctly represented that at least $21,438.34 in restitution has been jointly paid by Mix and Dunn, the restitution obligation set forth in the Judgment in this case has been fully satisfied. No further sums are due upon the restitution obligation ordered by the court.

　　　Defendant's motion (#22) is therefore denied as moot.

　　　DATED this 13th day of November, 2009.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE